NO 05-13-01136 CR

TRC. 580-325 21 2012

7/16/15  From, Appellant Andre Berry

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 21 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUL 21 2015
Abel Acosta, Clerk

To the The Clerk of Court Im Corresponding with you due to the fact that I'm on Appeal An plus I'm being held Illegal an don't know why I've Tried to contact Attorney whom said He couldn't Represent me Because He wasn't know lawyer An He Had filed to get off as Attorney five day After my confinement The Reason Im Writton is Becuse He say Court has history of violating my Rights An usedby it discreation file Abuse I know Im Being Illegaly with Held Again Like Before when my Attorney wrote An told me After Bond Denial An the filing of a Application for writ of Habeas Corpus for Reasonable Bond out of this Court it was outside his scope as an Appeals Attorney to do so once Again This Judge in this district has Violated me Aging But this Time By violation Not only me But the States of texas statues That govern me while on Appeal By ordering the fireficture of my Bond Before my Appeal has Been Dismissed Or Before The Mandate one By the Great Justice of the Appeal Court ordering him to do so All I'm Asking is to Be Heard Told my Attorney Thank you for your help I Just Want Fairness An Just while on Appeal.

Please Do Public Review onW/clerk

Like before there is notes on file from before about some action of the Judge Smith an the clerks on this district whom even violates the writ an the filling of such writ one again I'm being illegly Re Trained since 6/16/15 not a hearing arraignment nothing explaining why bond an sureties were forfeit my only meaning is what family says on public computer they they labeled on 6/22/15 day after my arrest six day to be exact that my appeal was affirm on the 6/16/15 an thats why warrant was issued. this is a violation but due to my filing anyway of extention to file PDR. when was granted an filing of rehearing of appeal this give I guess this court jurisdiction because they want answer writ or hearing or make docket entry at clerks office to order me to court to answer my bond was taken an new warrant, what I need is to have someone because it seem that the abuse of the discretion of trial court to keep my confined while on appeal as vixed attorney whom represent me on appeal because no one will answer are even clerk my hope is that you can ask why case of writ of hampeas for failure to set hearing an bond don't have case numbers or docket entrys in my case please I'm being illegly restrained.

NO _____

EX PARTE          §      IN THE DISTRICT COURT

                      §      OF COLLIN COUNTY, TX

                      §      380TH JUDICIAL DISTRICT

                      §

ANDRE BERRY

## PETITION FOR WRIT OF HABEAS CORPUS
## FAILURE TO SET Hearing date OR ReSeT
## ORIGINAL BOND

TO THE HONORABLE COURT:

ANDRE D. BERRY the Relator by his Attorney, Marc Fratter, Esquire Respectfully represents: Relators petition for writ of Habeas corpus for failure to set Hearing Date or Rest Original Bond In the Above Style proceedings, In support of petition Relator would present the following.

### I

Petitioner was convicted of the offense of violation of a protective order and sentenced to 4 years confinement In Texas Department of corrections Institutional Division in Cause Number 380-81282-2012. Applicant/Relator Appealed this conviction and that Appeal Remains Pending in Fifth Court of Appeals At Dallas an that Know Final Mandate or Final Stay Has Been Hand Down.

## II

On December 19, 2013 the 380th District Court Denied the Applicant/Relator the Right to motion to set AN Appeal Bond, upon Feburary 2014 the Relator Filed A hand written Application for Writ of Habeas Corpus of the Trial Courts Illegal Confinment According to Estrada V. State (Cr App. 1980) 594 S.W. 2d 445, As well as Const. Art 3, § 35, Putnam v State (cr app 1979) 582 S.W2d 146, Relator Has Right to Appeal Bond petitioner has so Right to Bolive The Trial Court as well as clerk of Court Violated Appealant In past procedures, of the proper filing An timely manner of the hearing of Writ of Habeas of said petitioner. On March 24th 2014 well Behind Relators filing of Writ OF Habeas Corpus To said clerk An Court the 380th District Court finaly Reversed its Decision of Appeal Bond without Answer to Relators Writ to said Court Which Is Still Dated Annoted on Docket As of Date Trail Court without hearing or Appealant on Docket Set An $50,000.00 Appel Bond With Conditions With more Illegal Restraint When Trial Court Know Applicant was Indigent onTer Violation Of the Eight Amendment of the United States Constitution And Article I Section 11 an 13 of the Texas Constitution. Compian v State App. (401st 1999) 7 S.W. 3d 199. Mayo v State (Cr App 1981) 611 S.W.2d 442.

## III

Also Relator persisted in Trying To Communicate with clerk of court of said court 380th District court In which clerk Refused as well as counsel To Obey former writ of Habeas of Retard as well as placing on proper Docket, Finally after clerk An former counsel Jesse Allen failed to provide any Notice, written Regarding writ of Habeas or Relators prose motion to be Heard, His prose writ of Habeas this court filed An Application in violation of the filing of the writs Time. Relater failed To Maintain communication with Counsel as to any aspect of His illegal Restraint Counsel failed To Respond To Numerous Written Letters Regard. Illegal Restraint By Trial court an Sheriff of said County Collin, Relater Handwrote counsel Responde As it is outside his scope as An appeals Attorney to help Relater Recieve An Appeals Bond Inuwhich He was told By Trial Judge, Administratly Chief Judge an Clerk. he failed To understand or Appreciate his obligation As Relaters/Appealants Attorney An Believing, Albeit erroneously that if it Held Relived him of that obligation. And which He presently did of this Date. Bail An Reason for Bail is a tal to Ensure The Retainor an Guarratee An Individual presence in Court an District court at Future Dates when court of Appeals Issues mandate. VERNON'S ANN. C.C.P. 1925, ART. 144 (See NOW, ART. 1132) pertaining to detention of Applicant under Authority of the Habeas Corpus controlled, An Not Arts 817 And 818, governing Appeals EX PARTE DAVIS CC APP 1962) 171 Tex Crim 629 353 sw

2 d 29 HABEAS CORPUS

## IV

Since the Granting of an Appeal Bond
made By 380th District court Defendant
Relator has Abided Be condition set of of
him while on Appeals Bond Granted By
Judge smith of 380th District court as
Signed Appealed Bond By Trail Judge an
Local Sheriff of said county of Collin texas.
But uppon June 16, 2015 Relator was Arrested
And Detained By plano Police Department uppon
A warrant Issued By 380th District court
Defendant was Arrested at plano Medical
City of plano on un Related charges,
But was Served a warrant that was
Issued June 15, 2015 out of 380th court
Upon Arrest Defendant is Still Detained
An illegoly Restrained of his liberaty
with out proper Arraignment or given
Priliminary hearing of said charge
(A) The Evidence presented Against him at
said Hearing of Bond forfiture did not Establish
A prima facie case

B. The Relater is Not Guilty of Any Offense
Charge Against him

C The Relater is Being Detained without
Bail in violation of Vernons ann texas Art 44.12
an section 2 of act 1997, Act 2003, 78th leg, ch 942
subsection (A) Also in violation of Art 44.04
Vernon ann tex c.c.p. Art 44.04 (h) ad (E) Also
he is govern By tex cr App. R. 209(c) while on
Appeal...

ALSO TRIAL COURT AN SAID CLERK, AN 380th DISTRICT COURT IS IN VIOLATION OF THE TEXAS RULES OF APPELLATE PROCEDURE Rule 50, AN Rule 10.11(A)(5) ALSO Rule 49 AN Subdivision 49.5(c) AN 99.5, is well as 49.8 AS well AS 52.5 as well AS Rule 53. of The Texas Rules of APPellate procedure Relator AN Petitioner is govern under United State Constitution

Relator Believes that his confinement is unlimited in that the proceeding were IN Violation of the Due process clauses of federal constitution an Violation of texas constitution, Speth v State App (4th Dist. 1997) 939 S.W.2d 769

It is obvious of the History of this Court with Relator that this Court is Constantly Abusing District court discretion To Remain defendant to a express purpose Second form of conviction while it Awaits his Appeal By incorcerating him while pending the outcome of his Appeal. This Court with out no fashion of hiding Keeps constituting an ARbitrary UNReasonable action Against Relator Seeking punishment while on Appeal as well as constant Illegal Restraint without No Bond OR hearing this Court Keep Denial of (Site) To EX PARTE HARRIS (APP 3 DIST, 1982) 733 S.W.2d 712. EX PARTE WILLAMS (APP 4 DIST 1982) 630 S.W.2d 803.

The Denial of a Hearing an bail Deprives Relator of an opportunity to unhampered preparation of his appeal in that it handicaps him conferring with counsel an otherwise participating and aiding with new counsel on appeal level of his defense It punishes the Relator in a second means of conviction. It keep keeps the Relator in custody upon the District Courts illegal discretion.

The unlawful detention of the Relator has resulted in the Basic Denial of his Constitutional Right of Due process while on Appeal an the Illegal restraint an Denial of Hearing an Bond violate his Right under the Texas Appellate Codes an procedures.

Wherefore the petitioner / Relator

## PRAYER

He prays that this Court respectfully grants Relator/Petitioner/Appellant The petition an issue the writ of Habeas Corpus, conduct a hearing of Relator Being under restrainment of his Liberty By granting Hearing an bring said Body Before said Court on Earliest Docket entry to grant Relief on Restoring Original bond or Discharge Relator from said Illegal restraint which is is currently Being Held At the Collmer County Detention Facility

Date 7/16/15

Respectfully Submitted
Pro se Andre Berry

Signed Andre Berry
Andre Berry

Signed Jose Andre Berry
Head Appeal Attorney
Jesse Allen . 964-238-0710
Current Attorney Marc Fratter (214) 477-3434
Appellent Attorny on file
Marc Fratter 214 544 2416

Attorney Christopher Routt

Date 7/16/15

CoA case No. 05-13-01186-CR
5th Court of Appeals

TT ct No. 380-82821-2012
380th District Court

PD-0808-15
Court of Criminal-Appeals of
Texas

No _____

## OATH OF DECLARATION

I Andre Berry is Illegally confined in the Collin County Detention Facility at 4300 Community Avenue Awaiting Relief I'm Indigent on

I'm making this OATH to the Court

This Day July 16, 2015 AD the Petitioner / Appellant Relator.

Andre Berry
#735575

4300 Community Avenue
Collin County Detention Facility
McKinney Texas
75025
(972)-470-9843

## Certificate of Service

I certify that the forgoing Application an Petition for Writ of Habeas corpus Failure to set Heaving Date or Reset Original Bond has been served on the State of Texas this day in the following manner.

☐ Personal delivery to 2100 Bloomdale Road Suite 100 McKinney, Tex

☐ Facsimile Transmission to 214/219 L4860

☑ US Mail to 2100 Bloomdale Road Suite 100 McKinney TX 75027

Signed 7/16/15

Pro Se    Andre Reves
#285875
4300 Community Avenue
Collin County Detention center
McKinney Texas 75071

Attorney for Relator
Christopher Ratt
Mare Fratter
1207 University Drive
Suite 100
McKinney, TX 75069



Sworn to, an subscribed before me, by the said *Andre Berry*, this *16th* Day of *July*, 20 *15*, to certify which witness my hand, and seal of office.

*Mary E. Lewis*

Notary Public in and for The State of Texas

**MARY E. LEWIS**
Notary Public
**STATE OF TEXAS**
My Comm. Exp. March 25, 2017